# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Roberto Castillo,<br>DEFENDANT(S). | CASE NUMBER<br>CR 19-00764-DSF-1<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Friday_____, _1/10/2020_, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Steve Kim_____, in Courtroom _341_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _January 9, 2020_

Steve Kim, U.S. Magistrate Judge