# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – RESENTENCING AND JUDGMENT HEARING

| Case No. | CR 19-000764 DSF-1 | Date | January 29, 2024 |
|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Patricia Kim | Pat Cuneo | Alexander H. Tran |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Roberto Castillo | √ | √ | | 1) Claire Kennedy, DFPD | √ | | √ |

**Proceedings:**  RESENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary  ☐ Contested

√   Refer to separate Judgment & Probation/Commitment Order.

___   The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√   Defendant informed of right to appeal.

√   Other:   The Court recommends that the defendant be designated to the Bureau of Prisons facility at Lompoc by February 12, 2024.